IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**KAFAREN FAIRLEY**                                                                                          **PLAINTIFF**

**VERSUS**                                                                                          **2:04cv147KS-MTP**

**DENISE CROWELL; DALE HARRIS; And**
**CONTINENTAL CASUALTY COMPANY**                                            **DEFENDANTS**

## JUDGMENT

This matter is before the court on separate Motions for Summary Judgment filed on behalf of Denise Crowell ("Crowell") and Dale Harris ("Harris") **[#78]** and on behalf of Continental Casualty Company ("Continental") **[#99]**. The Court, being fully advised in the premises and having entered a separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That the Motion for Summary Judgment filed on behalf of Continental Casualty Company **[#99]** is Granted, ant the Motion for Summary Judgment filed on behalf of Denise Crowell and Dale Harris **[#78]** is Granted and the plaintiff's Complaint is dismissed with prejudice; and

That any other pending motions are dismissed as moot.

SO ORDERED AND ADJUDGED this the 16th day of August, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE

                                                      KEITH STARRETT
                                                      UNITED STATES DISTRICT JUDGE